IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 14-67 |
| SHERELLE PRATT | : | |
| | : | |

# JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 8th day of December, 2014, came the attorney for the Government and the defendant being present with counsel, and

[]   The Court having granted the defendant's motion for judgment of acquittal as to:

[]   A jury has been waived, and the Court has found the defendant not guilty as to:

[X]   The jury has returned its verdict, finding the defendant not guilty as to: **Counts 1 and 9**.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

/s/ Cynthia M. Rufe, J.
_____
HON. CYNTHIA M. RUFE , J.

cc:  U.S. Marshal
     Probation Office
     Counsel

| 12-10-14 | EDP |
|---|---|
| Date | By Whom |