## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **CRIMINAL NO. 14-67-1** |
| **v.** | : | |
| | : | |
| **SHERELLE PRATT,** | : | |
| **Defendant.** | : | |

### ORDER

**AND NOW**, this 13th day of July 2015, upon consideration of Defendant's Motion for a Judgment of Acquittal on Count Eight and Motion for a New Trial on Counts Two Through Seven [Doc. No. 47], the government's consolidated response in opposition, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

      **IT IS SO ORDERED.**

                                              **BY THE COURT:**

                                              **/s/ Cynthia M. Rufe**

                                              _____

                                              **CYNTHIA M. RUFE, J.**